UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JOSEPH DEAN RADINA,**

    **Plaintiff,**

v.

**PLATINUM AUTO SALES, LLC,**

    **Defendant.**

Civil Action No. 2:23cv176

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The plaintiff, Joseph Dean Radina, and the defendant, Platinum Auto Sales, LLC, (hereinafter, the "Parties"), by counsel, hereby respectfully move the Court to dismiss the Complaint filed by the plaintiff with prejudice.

The Parties have reached a settlement agreement, pursuant to which this matter should be dismissed with prejudice. The Court shall maintain jurisdiction of this matter only for the purpose of enforcing the terms of the settlement agreement. Accordingly, it is hereby **ORDERED** that this matter shall be and is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Entered: 6 / 26 / 23

/s/ *[signature]*

Jamar K. Walker
United States District Judge

Norfolk, Virginia

STIPULATED DISMISSAL ORDER
*Radina v. Platinum Auto Sales, LLC*
Case No. 2:23-cv-176-JKW-LRL
Page 2 of 2

Respectfully submitted,

| JOSEPH DEAN RADINA | PLATINUM AUTO SALES, LLC |
|---|---|
| By _____/s/_____<br>John Cole Gayle, Jr.<br>VSB No. 18833<br>Attorney for Joseph Dean Radina<br>THE CONSUMER LAW GROUP, P.C.<br>1508 Willow Lawn Drive, Suite 220<br>Richmond, Virginia 23230<br>804.282.7900<br>804.673.0316 (fax)<br>jgayle@theconsumerlawgroup.com | By _____/s/_____<br>Christian L. Connell<br>VSB No. 35009<br>Attorney for Platinum Auto Sales, LLC<br>CHRISTIAN L. CONNELL, P.C.<br>555 East Main Street, Suite 1102<br>Norfolk, Virginia 23510<br>757.533.6500<br>757.299.4770 (fax)<br>christian.connell@outlook.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By _____/s/_____
Christian L. Connell
VSB No. 35009
Attorney for Platinum Auto Sales, LLC
CHRISTIAN L. CONNELL, P.C.
555 East Main Street, Suite 1102
Norfolk, Virginia 23510
757.533.6500
757.299.4770 (fax)
christian.connell@outlook.com